UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

KAYLA M. IVES,                              )
                                           )
    Plaintiff                              )
                                           )
v.                                         )   CIVIL NO. 1:23-cv-00394-NT
                                           )
SOCIAL SECURITY ADMINISTRATION             )
COMMISSIONER,                              )
                                           )
    Defendant                              )

JUDGMENT

In accordance with the Order issued by  U.S. District Judge Nancy Torresen,

dated March 19, 2024,  this case is REVERSED and REMANDED for further

proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

CHRISTA K. BERRY, CLERK

By: /s/ Stacey Graf
    Deputy Clerk

Dated: March 19, 2024